FILED
JUL 17 AM 10: 25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM FAYETTE WOODS,      )
                           )
        Plaintiff,          )
                           )
vs.                         )            CV 01-N-1207-S
                           )
JUDGE MIKE ATKINSON,        )
                           )
        Defendant.          )

**ENTERED**
JUL 1 7 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 4, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(2). The magistrate judge further recommended that plaintiff's request for habeas type relief be dismissed, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(2). Plaintiff's request for habeas type relief is due to be dismissed, without prejudice, pursuant to 28 U.S.C. 1915A(b)(1). A Final Judgment will be entered.



DATED this ___*16th*___ day of ___July___, 2002.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE